**DAVID RAWLINGS, TRUSTEE**
**P.O. BOX 566**
**HATTIESBURG, MS  39403**
**TELEPHONE (601) 582-5011**

DATE:  March 05, 2026

PAULETTE HOLDER
963 Waller Ridge Rd
Shubuta, MS  39360

CASE NO.  23-51401 KMS

**RE:**   NOTICE OF DEFAULT

Dear Debtor:

    Pursuant to a previous Order of this Court, **if you become delinquent in your Chapter 13 payments, your case will be dismissed without further hearing**. Enclosed is a printout showing your payment history. As you can see, your payments are delinquent.

    The Order of Dismissal will be sent to the Court fourteen (14) days from the date of this letter unless you are current with your plan payments or other relief is sought.

    A copy of this letter is being forwarded to your attorney.

                                    OFFICE OF THE STANDING TRUSTEE

                                    /s/  DAVID RAWLINGS, TRUSTEE
                                    CASE ADMINISTRATOR:  FONDA BONEY

COUNSEL FOR DEBTOR:

    THOMAS C. ROLLINS, JR
    P O Box 13767
    Jackson, MS  39236

DAVID RAWLINGS, STANDING TRUSTEE
INQUIRY ON CASE 23-51401 KMS, PAULETTE HOLDER

## RECEIPT DATA

| | | | |
|---|---|---|---|
| TOTAL RCPTS: $7,259.00 | # MO. SINCE CON: 27 | RCPTS OVERDUE: | $1,093.62 |
| LAST RCPT: 01/27/2026 | # MO. REMAINING: 60 | | |
| RCPTS DUE: $12,288.32 | TOTAL PLAN LENGTH: 60 | | |

### RECEIPT SCHEDULE (Payroll Order)

| NAME | AMOUNT | START DATE | # OF PERIODS | FREQUENCY |
|---|---|---|---|---|
| PAULETTE HOLDER | $329.00 | 11/10/2023 | 7 | MONTHLY |
| PAULETTE HOLDER | $0.00 | 06/10/2024 | 4 | MONTHLY |
| PAULETTE HOLDER | $355.86 | 10/10/2024 | 49 | MONTHLY |
| PAULETTE HOLDER | $0.00 | 11/10/2028 | End of Plan | WEEKLY |

### RECEIPTS FOR THE LAST SIX MONTHS:

| DATE | TYPE | REFERENCE | AMOUNT | SOURCE |
|---|---|---|---|---|
| 10/09/2025 | TFSMPP | 958530 | $356.00 | |
| 12/02/2025 | TFS | 964844 | $356.00 | TFS 12/2/2025 |
| 01/27/2026 | TFS | 971489 | $356.00 | TFS 1/27/2026 |