**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: Paulette Holder, Debtor** **Case No. 23-51401-KMS**
**CHAPTER 13**

**NOTICE**

The above referenced debtor has filed papers with the court to allow payment arrearage.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to amortize the payments, or if you want the court to consider your views on the Motion, then on or before 30 days, you or your attorney must:

File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Dan M. Russell, Jr. United States Courthouse
2012 15th St., Ste. 244
Gulfport, MS 39501

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date state above.

You must also mail a copy to the debtors' attorney:

The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall sustain this Motion to Allow Payment Arrearage.

Date: September 4, 2026 Signature: /s/ Thomas C. Rollins, Jr.

Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer Ann Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O Box 13767
Jackson, MS 39236

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: Paulette Holder, Debtor** **Case No. 23-51401-KMS**
**CHAPTER 13**

# MOTION TO ALLOW PAYMENT ARREARAGE

COMES NOW, Debtor, by and through counsel, and moves this Court to amortize their past due Chapter 13 plan payments, and in support thereof, would show the Court as follows:

1. Debtor filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code.
2. Debtor fell behind on her payments due to unexpected expenses.
3. Debtor can continue making plan payments.
4. Debtor is requesting this Honorable Court to amortize the past due plan payments over the life of the plan, including any ongoing mortgage payments being paid through the plan.
5. Debtor is requesting that their Chapter 13 plan payments be increased as necessary to compensate for the lost plan payments with ongoing payments to resume in October 2026

WHEREFORE, Debtor prays for an Order granting the above requested relief and any additional relief as may be just and proper.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
Jennifer Ann Curry Calvillo (MS Bar No. 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533

## CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Notice and Motion to Allow Payment Arrearage was forwarded on September 4, 2026, to:

By Electronic CM/ECF Notice:

Chapter 13 Case Trustee

U.S. Trustee

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:
PAULETTE HOLDER

CASE NO: 23-51401

**DECLARATION OF MAILING CERTIFICATE OF SERVICE**

Chapter: 13

On 9/4/2026, I did cause a copy of the following documents, described below,

Notice and Motion to Allow Payment Arrearages

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 9/4/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

PAULETTE HOLDER

CASE NO: 23-51401

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 13

On 9/4/2026, a copy of the following documents, described below,

Notice and Motion to Allow Payment Arrearages

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 9/4/2026

Victoria Blake

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 23-51401
SOUTHERN DISTRICT OF MISSISSIPPI
FRI SEP 4 9-11-37 PST 2026

FAMILY CHOICE FINANCIAL INC LAUREL BRAN
B JOEY HOOD II ATTORNEY AT LAW PLLC
PO BOX 759
ACKERMAN MS 39735-0759

~~EXCLUDE~~

~~US BANKRUPTCY COURT~~
~~DAN M RUSSELL JR US COURTHOUSE~~
~~2012 15TH STREET SUITE 244~~
~~GULFPORT MS 39501-2036~~

AFFIRM INC
PO BOX 720
SAN FRANCISCO CA 94104-0720

AFFIRM INC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE SC 29603-0587

(P)APPLIED BANK
PO BOX 15809
WILMINGTON DE 19850-5809

B JOEY HOOD II ESQ
FOR FAMILY CHOICE FINANCIAL INC
LAUREL BRANCH
POST OFFICE BOX 759
ACKERMAN MS 39735-0759

CAPITAL COMMUNITY BANK
ATTN BANKRUPTCY
3280 N UNIVERSITY AVE
PROVO UT 84604-4405

CITIZENS BANK
814 MAIN ST
COLUMBIA MS 39429-2740

CITIZENS BANK
PO BOX 232
COLUMBIA MS 39429-0232

(P)CONTINENTAL FINANCE COMPANY
PO BOX 3220
BUFFALO NY 14240-3220

CREDIT ACCEPTANCE CORPORATION
ATTN BANKRUPTCY
25505 W 12 MILE RD
STE 3000
SOUTHFIELD MI 48034-8331

CREDIT COLLECTION
ATTN BANKRUPTCY
725 CANTON ST
NORWOOD MA 02062-2679

CREDIT ONE BANK
ATTN BANKRUPTCY
6801 CIMARRON RD
LAS VEGAS NV 89113-2273

FIRST HERITAGE OF MISSISSIPPI LAUREL
CO HEIGHTS FINANCE CORPORATION
PO BOX 1947
GREENVILLE SC 29602-1947

(P)FAMILY CHOICE FINANCIAL
3208 SERVICE DRIVE
SUITE E
PEARL MS 39208-3539

FIRST DIGITAL CARD
ATTN BANKRUPTCY
PO BOX 85650
SIOUX FALLS SD 57118-5650

FIRST HERITAGE CREDIT
528 N 15TH AVE
LAUREL MS 39440-3842

(P)FIRST NATIONAL BANK
ATTN BANKRUPTCY
1500 S HIGHLINE AVE
SIOUX FALLS SD 57110-1003

FIRST PREMIER BANK
ATTN BANKRUPTCY
PO BOX 5524
SIOUX FALLS SD 57117-5524

(P)FIRST SAVINGS BANK
ATTN BANKRUPTCY
1500 S HIGHLINE AVE
SIOUX FALLS SD 57110-1003

~~EXCLUDE~~

~~(D)(P)FIRST SAVINGS BANK~~
~~ATTN BANKRUPTCY~~
~~1500 S HIGHLINE AVE~~
~~SIOUX FALLS SD 57110-1003~~

FORTIVA
ATTN BANKRUPTCY
PO BOX 105555
ATLANTA GA 30348-5555

GENESIS FS
ATTN BANKRUPTCY
PO BOX 4477
BEAVERTON OR 97076-4401

GRAIN TECHNOLOGY INC
ATTN BANKRUPTCY
505 14TH ST SUITE 900
OAKLAND CA 94612-1468

LVNV FUNDING LLC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE SC 29603-0587

LENNY CREDIT INC
ATTN BANKRUPTCY
1447 2ND STREET
SANTA MONICA CA 90401-3404

MERRICK BANK
RESURGENT CAPITAL SERVICES
PO BOX 10368
GREENVILLE SC 29603-0368

MRV BANKS
2700 S LORRAINE PL
SIOUX FALLS SD 57106-3657

(P)MERCHANTS ADJUSTMENT SERVICE INC
ATTN ATTN SHERI
PO BOX 7511
MOBILE AL 36670-0511

~~EXCLUDE~~

~~(D)(P)MERCHANTS ADJUSTMENT SERVICE INC~~
~~ATTN ATTN SHERI~~
~~PO BOX 7511~~
~~MOBILE AL 36670-0511~~

MERRICK BANK
ATTN BANKRUPTCY
PO BOX 9201
OLD BETHPAGE NY 11804-9001

(P)MISSISSIPPI POWER
420 W PINE STREET
HATTIESBURG MS 39401-3830

MONEYLION INC
ATTN BANKRUPTCY DEPT
PO BOX 1547
SANDY UT 84091-1547

NATIONAL CREDIT ADJUST
327 WEST 4TH AVENUE
PO BOX 3023
HUTCHINSON KS 67504-3023

NATIONAL CREDIT ADJUSTERS LLC
ATTN BANKRUPTCY DEPARTMENT
PO BOX 3023
HUTCHINSON KS 67504-3023

NAVIENT
ATTN BANKRUPTCY
PO BOX 9500
WILKES BARRE PA 18773-9500

(P)PERPAY INC
ATTN CONOR HORAN
2400 MARKET STREET SUITE 300
PHILADELPHIA PA 19103-3033

(P)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

(P)POSSIBLE FINANCIAL INC
LEEZA PARADES
PO BOX 98686
LAS VEGAS NV 89193-8686

PREMIER BANKCARD LLC
JEFFERSON CAPITAL SYSTEMS LLC ASSIGNEE
PO BOX 7999
SAINT CLOUD MN 56302-7999

QUANTUM3 GROUP LLC AS AGENT FOR
CONCORA CREDIT INC
PO BOX 788
KIRKLAND WA 98083-0788

QUANTUM3 GROUP LLC AS AGENT FOR
SADINO FUNDING LLC
PO BOX 788
KIRKLAND WA 98083-0788

(P)MRV BANKS
871 STE GENEVIEVE DR
STE GENEVIEVE MO 63670-1406

SOUTH CENTRAL REGIONAL MEDICAL CENTER
LANE W STAINES ESQ
1220 JEFFERSON STREET
LAUREL MS 39440-4355

SYNOVUS BANK
2700 S LORRAINE PL
SIOUX FALLS SD 57106-3657

THE BANK OF MISSOURI
2700 S LORRAINE PL
SIOUX FALLS SD 57106-3657

TOTAL VISA
ATTN BANKRUPTCY
PO BOX 84930
SIOUX FALLS SD 57118-4930

~~EXCLUDE~~

~~UNITED STATES TRUSTEE~~
~~501 EAST COURT STREET~~
~~SUITE 6-430~~
~~JACKSON MS 39201-5022~~

WORLD FINANCE COMPANY OF MISSISSIPPI LLC
WORLD ACCEPTANCE CORPORATION
ATTN BANKRUPTCY PROCESSING CENTER
PO BOX 6429
GREENVILLE SC 29606-6429

WORLD FINANCE CORP
PO BOX 6429
GREENVILLE SC 29606-6429

~~EXCLUDE~~

~~(P)DAVID RAWLINGS~~
~~ATTN DAVID RAWLINGS CHAPTER 13 TRUSTEE~~
~~PO BOX 566~~
~~HATTIESBURG MS 39403-0566~~

DEBTOR

PAULETTE HOLDER
963 WALLER RIDGE RD
SHUBUTA MS 39360-9687

~~EXCLUDE~~

~~THOMAS CARL ROLLINS JR~~
~~THE ROLLINS LAW FIRM PLLC~~
~~PO BOX 13767~~
~~JACKSON MS 39236-3767~~